

1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 | United States of America,

Case No.: 3:25-mj-01071-DEB

12 |                          Plaintiff,

**ORDER**

13 | v.

14 | Jose Humberto Nunez Aispuro,

15 |                          Defendant.

16

17          Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure,

18  *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions from the Supreme

19  Court and the Ninth Circuit interpreting *Brady*, the government has a continuing

20  obligation to produce all information or evidence known to the government relating to

21  guilt or punishment that might reasonably be considered favorable to the defendant's case,

22  even if the evidence is not admissible so long as it is reasonably likely to lead to admissible

23  evidence. *See United States v. Price*, 566 F.3d 900,913 n.14 (9th Cir. 2009). Accordingly,

24  the court orders the government to produce to the defendant in a timely manner all such

25  information or evidence.

26          Information or evidence may be favorable to a defendant's case if it either may help

27  bolster the defendant's case or impeach a prosecutor's witness or other government

28  evidence. If doubt exists, it should be resolved in favor of the defendant with full

3:25-mj-01071-DEB

1  disclosure being made.

2      If the government believes that a required disclosure would compromise witness

3  safety, victim rights, national security, a sensitive law-enforcement technique, or any other

4  substantial government interest, the government may apply to the Court for a modification

5  of the requirements of this Disclosure Order, which may include *in camera* review and/or

6  withholding or subjecting to a protective order all or part of the information.

7      This Disclosure Order is entered under Rule 5(f) and does not relieve any party in

8  this matter of any other discovery obligation. The consequences for violating either this

9  Disclosure Order or the government's obligations under *Brady* include, but are not limited

10  to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury

11  instruction, exclusion of evidence, and dismissal of charges. Nothing in this Disclosure

12  Order enlarges or diminishes the government's obligation to disclose information and

13  evidence to a defendant under *Brady*, as interpreted and applied under Supreme Court and

14  Ninth Circuit precedent. As the Supreme Court noted, "the government violates the

15  Constitution's Due Process Clause 'if it withholds evidence that is favorable to the defense

16  and material to the defendant's guilt or punishment.'" *Turner v. United States*, 137 S. Ct.

17  1885, 1888 (2017), quoting *Smith v. Cain*, 565 U.S. 73, 75 (2012).

18

19  Dated:  3/10/2025

20

21  _____
   Honorable Lupe Rodriguez, Jr.
22  United States Magistrate Judge

23

24

25

26

27

28